IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID B. FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-3633-WMA-TMP |
| ) | |
| NURSE THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

The magistrate judge filed a report on April 26, 2011, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections on May 16, 2011.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any state law claims asserted in the complaint are due

to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

DATED this 19th day of May, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE